**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
LAWRENCE YOUNG AND ON BEHALF OF ALL :
OTHER PERSONS SIMILARLY SITUATED      :      Case No.: 1:18-CV-02071
                                      :
                      Plaintiffs,     :
                                      :      **STIPULATION OF**
         - against -                  :      **DISMISSAL WITH**
                                      :      **PREJUDICE**
AMICA GENERAL AGENCY, LLC AND AMICA   :
MUTUAL INSURANCE COMPANY              :
                                      :
                      Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: ___August 9___, 2018

_____            _____
Bradly G. Marks                        Lewis S. Wiener

**LAW OFFICES OF BRADLY G. MARKS**    **EVERSHEDS SUTHERLAND (US) LLP**
175 Varick St., 3rd Floor              700 Sixth Street, NW, Suite 700
New York, NY 10014                     Washington, DC 20001
Tel: (646) 770-3775                    Tel: (202) 383-0140
brad@markslawpc.com                    lewiswiener@eversheds-sutherland.com

Attorneys for Plaintiff                Attorneys for Defendants

SO ORDERED.

Dated: August 10, 2018
       New York, New York

                               _____
                               ANALISA TORRES
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2018

16

40794658.1